UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Cesarina Hierro

Case No.: 17-35239
Chapter: 7
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __March 6, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  9 2nd Street
Avenel, NJ 07001
FMV - +/-$ 45,000.00

Liens on property:  Crest Savings Bank - $32,577.80

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt:  $8,000.00

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Cesarina Hierro  
    Debtor

Case No. 17-35239-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jan 31, 2018
                       Form ID: pdf905   Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.
```
db          +Cesarina Hierro,    9 2nd Street,    Avenel, NJ 07001-1603
517231637   +Afm Financial Services,    1150 Raritan Rd Ste 250,    Cranford, NJ 07016-3369
517231638   +Center for Asthma and Allergy,    18 North Third Avenue,    Highland Park, NJ 08904-2408
517231639   +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
517231641   +Comenity Bank/Pier 1,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517231643   +JetBlueCard / Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517231645   +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
517231646   +Merrick Bank Cardworks/CW Nexus,    Attn: Bankruptcy,    Po Box 9201,
              Old Bethpage, NY 11804-9001
517231647   +Rahway Emergency Medical Associates,    PO Box 5294,    Parsippany, NJ 07054-6294
517231648   +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
517231651  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
              Cedar Rapids, IA 52408)
517231654   +Union Medical Group LLC,    2401 Morris Avenue Suite 101,    Union, NJ 07083-5713
517231655   +Xfinity Comcast,    PO Box 1577,    Newark, NJ 07101-1577
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2018 22:50:31    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2018 22:50:27    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517231644   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 31 2018 22:49:56    Kohls/Capital One,
              Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517231649   +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 22:45:41    Syncb/home Design Se,
              Po Box 96060,    Orlando, FL 32896-0001
517233487   +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 22:46:01    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517231650   +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 22:45:41    Synchrony Bank/Sams,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517231653   +E-mail/Text: janicemorgan@optimum.net Jan 31 2018 22:51:20    Trinitas Regional Med Ctr IP,
              C/O PDAB Inc,    66 Ford Rd.,    Suite 114,    Denville, NJ 07834-1300
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517231642      Crest Savings Bank Sla
517231640*  +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
517231652* ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
              Cedar Rapids, IA 52408)
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                  Page 2 of 2                  Date Rcvd: Jan 31, 2018
                              Form ID: pdf905              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:

```
              Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Daniel E Straffi    dstraffi1@comcast.net,   dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Cesarina  Hierro rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonlaw@gmail.com;nisensonrr70983@notify.best
               case.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```